IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MAIKEL SURERA,

    Plaintiff,

v.                                     CASE NO. 5:17-cv-171-MW-GRJ

CENTURIAN MEDICAL GROUP, et al.,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a Complaint pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff failed to either pay the $400.00 filing fee ($350.00 fee plus $50 administrative fee)[1] or file a motion for leave to proceed as a pauper. Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]." The Court ordered Plaintiff to correct this deficiency on or before August 30, 2017, and warned Plaintiff that failure to do so would result in a recommendation that this case be dismissed without further notice. ECF No. 3. As of this date, Plaintiff has neither complied nor sought an extension of time to comply.

---

[1] If a prisoner is granted leave to proceed *in forma pauperis* the filing fee is paid in installments totaling $350.00.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 12th day of October 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**